### 47334.   JENKINS v. ALLEN TEMPLE DEVELOPMENT.

QUILLIAN, Judge. A lessor who is financially assisted and regulated in the construction, financing and operation of its apartments pursuant to Section 221 (d) (3) of the National Housing Act, 12 USC § 1715*l* (d) (3), may not fail to renew a lessee's lease and evict her without a showing of good cause. McQueen v. Druker, 438 F2d 781.

The appellant contends there was sufficient evidence to establish that the appellee had good cause to evict the appellant; however, the testimony in question was hearsay and had no probative value.

*Judgment reversed. Hall, P. J., and Pannell, J., concur.*
ARGUED JULY 6, 1972—DECIDED SEPTEMBER 15, 1972.

*Robert S. Travis,* for appellant.
*Harris C. Bostic,* for appellee.